764 A.2d 398
IN THE MATTER OF KEVIN J. DALY, AN ATTORNEY AT LAW.

January 10, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **KEVIN J. DALY** of **CRANFORD**, who was admitted to the bar of this State in 1980, and who was suspended from practice for a period of three months by Order of the Court dated January 12, 1999, and who remains suspended at this time, should be suspended from the practice of law for a further period of three months for violating *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a)(failure to communicate);

And the Disciplinary Review Board further having concluded that respondent should not be reinstated to practice until the resolution of all ethics matters currently pending against respondent;

And good cause appearing;

It is ORDERED that **KEVIN J. DALY** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that no petition for reinstatement to practice be submitted until all pending disciplinary matters against respondent are concluded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.